IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLANDO SOLIS,

      Plaintiff,                    No. CIV S-07-0425 GEB EFB P

      vs.

J. YATES, et al.,

      Defendants.             ORDER

      Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Coalinga, California.  Coalinga is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(b).  The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

////

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: March 23, 2007.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE